# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Dream Management, Inc. ) | ASBCA No. 59680 |
| ) | |
| Under Contract No. HQ0034-12-C-0052 ) | |

APPEARANCE FOR THE APPELLANT:    Timothy Sullivan, Esq.
    Thompson Coburn, LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    John S. Albanese, Esq.
    General Counsel
    Stephan Piel, Esq.
    Mary E. Harney, Esq.
    Assistant General Counsel
    DoD Washington Headquarters Services
    & Pentagon Force Protection Agency
    Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59680, Appeal of Dream Management, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals